# 1088366
# 4.58

Printed: 07/16/09 11:00 AM                                                                                                    Page: 1

## Claims Proposed Distribution

### Case: 05-92271   MURPHY, MARY JO

| Case Balance: | $3,590.77 | Total Proposed Payment: | $3,590.77 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | MORRIS L. HORWITZ | Admin Ch. 7 | 897.01 | 897.01 | 0.00 | 897.01 | 897.01 | 2,693.76 |
|   | <2100-00  Trustee Compensation> | | | | | | | |
| B | BULAN, CHIARI, HORWITZ & ILECKI, LLP | Admin Ch. 7 | 573.75 | 573.75 | 0.00 | 573.75 | 573.75 | 2,120.01 |
|   | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| **SUBTOTAL FOR  ADMIN CH. 7** | | | **1,470.76** | **1,470.76** | **0.00** | **1,470.76** | **1,470.76** | |
| 1 | Nuvell Credit Corporation/Nuvell Financial Service | Unsecured | 9,713.77 | 9,713.77 | 0.00 | 9,713.77 | 873.94 | 1,246.07 |
|   | Claim Memo: Unsecured; History: 1-1 06/08/2006Claim #1 filed by Nuvell Credit Corporation/Nuvell Financial Service , total amount claimed: $9713.77 (Holmes, Jerrell); (1-1) Unsecured Proof of Claim | | | | | | | |
| 2 | World Financial Network National Bank | Unsecured | 50.94 | 50.94 | 0.00 | 50.94 | 4.58 | 1,241.49 |
|   | Claim Memo: Unsecured; History: 2-1 06/13/2006Claim #2 filed by World Financial Network National Bank , total amount claimed: $50.94 (Ralston, Richard) | | | | | | | |
| 3 | Citifinancial Inc | Unsecured | 799.32 | 799.32 | 0.00 | 799.32 | 71.91 | 1,169.58 |
|   | Claim Memo: Unsecured; History: 3-1 06/14/2006Claim #3 filed by Citifinancial Inc , total amount claimed: $799.32 (Hernandez, Erika) | | | | | | | |
| 4 | Thomas R. Murphy | Unsecured | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 | 449.84 | 719.74 |
|   | Claim Memo: Unsecured; History: 4-1 08/11/2006Claim #4 filed by Thomas R. Murphy , total amount claimed: $5000 (Gerace, H.) | | | | | | | |
| 5 | Thomas Murphy | Unsecured | 8,000.00 | 8,000.00 | 0.00 | 8,000.00 | 719.74 | 0.00 |
|   | Claim Memo: Unsecured; History: 5-1 08/11/2006Claim #5 filed by Thomas Murphy , total amount claimed: $8000 (Gerace, H.); (5-1) File Date Has Been Verified to Original Document. | | | | | | | |
| **SUBTOTAL FOR  UNSECURED** | | | **23,564.03** | **23,564.03** | **0.00** | **23,564.03** | **2,120.01** | |
| **Total for Case 05-92271 :** | | | **$25,034.79** | **$25,034.79** | **$0.00** | **$25,034.79** | **$3,590.77** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,470.76 | $1,470.76 | $0.00 | $1,470.76 | 100.000000% |
| Total Unsecured Claims : | $23,564.03 | $23,564.03 | $0.00 | $2,120.01 | 8.996806% |



FILED
AUG 25 2009
BANKRUPTCY COURT
BUFFALO, N.Y.